DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-00-00087-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




BETTY O'NEIL AND

PAUL O'NEIL,
§
 APPEAL FROM THE 114TH

APPELLANTS


V.
§
 JUDICIAL DISTRICT COURT OF


ROBERT MCKINNEY, M.D.,

O. RAY WILSON, M.D., AND
§
 SMITH COUNTY, TEXAS

THE TRINITY CLINIC,

APPELLEES






PER CURIAM


 Appellants have filed an unopposed motion to dismiss appeal, and all other parties to the
appeal have been given notice of the filing of this motion. Because Appellants have met the
requirements of Tex. R. App. P. 42.1(a)(2), the motion is granted, and the appeal is dismissed.


Opinion delivered September 5, 2001.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.












(DO NOT PUBLISH)